**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY DANIEL SAGE, | No. 2:20-CV-1375-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| DAWSON, | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2020, the Court directed plaintiff to submit, within 30 days, a completed application to proceed in forma pauperis, with the required certified trust account statement, or pay the appropriate filing fee. See ECF No. 4. On August 3, 2020, plaintiff submitted a motion to proceed in forma pauperis. See ECF No. 6. However, plaintiff did not include a certified copy of his trust account statement. Therefore, plaintiff will be provided an additional opportunity to submit either a completed application to proceed in forma pauperis or pay the appropriate filing fee.  Plaintiff is warned that failure to resolve the fee status of this case within the time provided may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required certified copy of his trust account statement, or pay the appropriate filing fee; and

2. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

Dated: August 27, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2